IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

H.S. DOE, by Next Friend, L.S. DOE;
C.R. DOE, by Next Friend, N.R. DOE; and
Z.B. DOE by Next Friend L.B. Doe,

                Plaintiffs,

v.

SHIRLEY THOEN, an Individual, and
PORT HURON AREA SCHOOL DISTRICT,

                Defendants.
_____/

Case No. 5:16-cv-13710
Hon. Judith E. Levy
Magistrate Elizabeth Stafford

SEIKALY STEWART & BENNETT P.C.
William R. Seikaly (P33165)
Tiffany R. Ellis (P81456)
Attorneys for Plaintiffs
30445 Northwestern Hwy, Ste 250
Farmington Hills, Michigan 48334
(248) 785-0102
wrs@sslawpc.com
tre@sslawpc.com

WHITE SCHNEIDER PC
Jeffrey S. Donahue (P48588)
Attorneys for Defendant Thoen
1223 Turner St., Suite 200
Lansing, MI 48906
(517) 349-7744
jdonahue@whiteschneider.com

PLUNKETT COONEY
Michael D. Weaver (P43985)
Attorneys for Defendant Port
Huron Area School District
38505 Woodward Avenue
Ste 100
Bloomfield Hills, MI 48304
(248) 901-4025
mweaver@plunkettcooney.com
_____/

**INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF DEFENDANT PORT HURON AREA SCHOOL DISTRICT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | PHASD policies (filed under seal) |
| B | ECSE Parent Handbook (filed under seal) |
| C | Deposition of Shirley Thoen |
| D | Memo from C. Rogers to D. Conrad (filed under seal) |
| E | Deposition of Pam Smith |
| F | Exhibit 18 to Eschenberg dep |
| G | Deposition of Tracee Blake |
| H | Deposition of Daryl Conrad |
| I | 2014 Incident Report |
| J | Deposition of Detective Stevens |
| K | Deposition of Gary Fletcher |
| L | Professional Agreement between PHASD and Teachers' Union |
| M | Deposition of Tracie Eschenberg |
| N | Ex. 100 to Thoen dep (filed under seal) |
| O | Excerpts from classroom video (filed separately and under seal) |
| P | Sealed portion of Thoen dep (filed under seal) |
| Q | Deposition of Chris Collins |
| R | Notebook kept by Agosta and Weber (filed under seal) |
| S | Deposition of Lisa Agosta |
| T | Thoen performance evaluation (filed under seal) |
| U | Deposition of Detective Wade |
| V | 2015 Police Report (filed under seal) |
| W | H.S. 2/17/15 IEP (filed under seal) |
| X | Deposition of L.S. |
| Y | Deposition of D.S. |
| Z | H.S. social history (filed under seal) |

| | |
|---|---|
| **AA** | H.S. therapy letter (filed under seal) |
| **BB** | Deposition of N.R. |
| **CC** | C.R. 2/27/15 IEP (filed under seal) |
| **DD** | C.R. Catholic Charities intake form (filed under seal) |
| **EE** | C.R. 6/8/16 IEP (filed under seal) |
| **FF** | Deposition of R.R. |
| **GG** | C.R. 12/20/16 doctor visit (filed under seal) |
| **HH** | C.R. 11/2/16 IEP (filed under seal) |
| **II** | C.R. 2017 IEP progress report (filed under seal) |
| **JJ** | C.R. 10/30/15 doctor visit (filed under seal) |
| **KK** | C.R. 11/2/15 doctor visit (filed under seal) |
| **LL** | Deposition of L.B. |
| **MM** | Z.B. 9/21/15 Review (filed under seal) |
| **NN** | Z.B. 10/19/16 IEP (filed under seal) |
| **OO** | Z.B. 3/13/17 IEP Review (filed under seal) |
| **PP** | Unpublished cases |
| **QQ** | Deposition of Michelle Weber |

Open.00240.63695.20716859-1