**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

H.S. DOE, by Next Friend, L.S. DOE;
C.R. DOE, by Next Friend, N.R. DOE; and
Z.B. DOE by Next Friend L.B. Doe,

                            Case No. 5:16-cv-13710
                            Hon. Judith E. Levy

           Plaintiffs,        Magistrate Elizabeth Stafford

v.

SHIRLEY THOEN, an Individual, and
PORT HURON AREA SCHOOL DISTRICT,

           Defendants.

_____/

| | |
|---|---|
| SEIKALY STEWART & BENNETT P.C. | WHITE SCHNEIDER PC |
| William R. Seikaly (P33165) | Jeffrey S. Donahue (P48588) |
| Tiffany R. Ellis (P81456) | Attorneys for Defendant Thoen |
| Attorneys for Plaintiffs | 1223 Turner St., Suite 200 |
| 30445 Northwestern Hwy, Ste 250 | Lansing, MI 48906 |
| Farmington Hills, Michigan 48334 | (517) 349-7744 |
| (248) 785-0102 | jdonahue@whiteschneider.com |
| wrs@sslawpc.com | |
| tre@sslawpc.com | |

PLUNKETT COONEY
Michael D. Weaver (P43985)
Attorneys for Defendant
Port Huron Area School District
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304
(248) 901-4025
mweaver@plunkettcooney.com

_____/

***EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

NOW COMES Defendant Port Huron Area School District ("PHASD"), by and through its attorneys, Plunkett Cooney, and for its *Ex Parte* Motion to File Exhibits Under Seal, states as follows:

1.      This Motion is brought pursuant to L.R. 5.3(b), which permits a party to file a motion seeking leave to file an item under seal.

2.      This case involves Minor Plaintiffs and their Next Friends, all of whom are captioned confidentially pursuant to this Court's April 3, 2017 Order Granting Plaintiffs' Motions to File Affidavits and to File Under Seal and for Protective Order (ECF # 25).

3.      Several of the exhibits to be attached to PHASD's Motion for Summary Judgment, filed concomitantly with this Motion, contain confidential identifying information, as well as confidential medical information, relating to all three Minor Plaintiffs in this matter, H.S. Doe, C.R. Doe, and Z.B. Doe. See Exhibits R, W, Z, AA, CC, DD, EE, GG, HH, II, JJ, KK, MM, and NN.

4.      Fed. R. Civ. P. 5.2 requires the filing to protect the identity of a minor.

5.      The unredacted names of the Minor Plaintiffs appear extensively throughout the relevant exhibits attached to PHASD's Motion to Dismiss and/or for Summary Judgment, such that redaction would be difficult and impractical.   Additionally, the classroom video excerpts filed as Exhibit O contain footage of the Minor Plaintiffs themselves and other minor students who are not parties to this litigation and did not consent to being filmed.

6.     In order to ensure that PHASD complies with Fed. R. Civ. P. 5.2, PHASD requests that this Honorable Court permit it to file, under seal, relevant exhibits to their Motion to Dismiss and/or for Summary Judgment.

7.     Additionally, PHASD seeks leave to file Exhibits A, B, D, T, and V under seal because they were produced pursuant to a protective order intended to protect their confidential nature, and designated as "Confidential."  See ECF # 43, Stipulated Protective Order, ¶ 12 (stating that no document designated as "Confidential" shall be filed with the Court, except under seal).

8.     Exhibits N and P relate to the sealed portion of Defendant Thoen's deposition regarding her mental health treatment, and must likewise be kept confidential.

9.     Pursuant to L.R. 5.3(b)(2)(B), a proposed Order is attached as **Exhibit A**.

WHEREFORE, Defendant PHASD respectfully requests that this Honorable Court enter an order permitting it to file certain Exhibits to its Motion to Dismiss and/or for Summary Judgment under seal.

Respectfully submitted,

PLUNKETT COONEY

By:     /s/Michael D. Weaver
        Michael D. Weaver P43985
        Attorney for Defendant PHASD
        38505 Woodward Avenue
        Suite 100
        Bloomfield Hills, MI  48304
        (248) 901-4025
        mweaver@plunkettcooney.com

Dated:  August 3, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed an Ex Parte Motion for Leave to File Exhibits Under Seal with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

<div style="margin-left:40%">

By: /s/ Michael D. Weaver_____
   Michael D. Weaver P43985
   PLUNKETT COONEY
   Attorney for Defendant PHASD

</div>

Open.00240.63695.20714892-1

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

H.S. DOE, by Next Friend, L.S. DOE;
C.R. DOE, by Next Friend, N.R. DOE; and
Z.B. DOE By Next Friend L.B. Doe,

                                        Case No. 5:16-cv-13710
                                        Hon. Judith E. Levy

                    Plaintiffs,                 Magistrate Elizabeth Stafford

v.

SHIRLEY THOEN, an Individual, and
PORT HURON AREA SCHOOL DISTRICT

                    Defendants.

_____/

| | |
|---|---|
| SEIKALY STEWART & BENNETT P.C. | WHITE SCHNEIDER PC |
| William R. Seikaly (P33165) | Jeffrey S. Donahue (P48588) |
| Tiffany R. Ellis (P81456) | Attorneys for Defendant Thoen |
| Attorneys for Plaintiffs | 1223 Turner St., Suite 200 |
| 30445 Northwestern Hwy, Ste 250 | Lansing, MI 48906 |
| Farmington Hills, Michigan 48334 | (517) 349-7744 |
| (248) 785-0102 | jdonahue@whiteschneider.com |
| wrs@sslawpc.com | |
| tre@sslawpc.com | |
| | |
| PLUNKETT COONEY | |
| Michael D. Weaver (P43985) | |
| Attorneys for Defendant | |
| Port Huron Area School District | |
| 38505 Woodward Ave., Ste 100 | |
| Bloomfield Hills, MI 48304 | |
| (248) 901-4025 | |
| mweaver@plunkettcooney.com | |

_____/

## PROPOSED ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL

Pursuant to the *Ex Parte* Motion for Leave to File Exhibits Under Seal filed by Defendant Port Huron Area School District, and for good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and the relevant Exhibits to Defendant Port Huron Area School District's Motion to Dismiss and/or for Summary Judgment shall be filed under seal.

Dated: _____           /s/_____
                                   Hon. Judith E. Levy
                                   Magistrate Elizabeth Stafford
                                   U.S. District Court

Open.00240.63695.20715124-1